# EXHIBIT “A”

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| STEPHEN PIMM<br>vs.<br>SAMS CLUB | NO. 2024-27968 |

**NOTICE TO DEFEND – CIVIL**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA

19404-0268 (610) 279-9660, EXTENSION 201

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

STEPHEN PIMM

vs.

SAMS CLUB

NO. 2024-27968

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: ANDREW ALSTON, Esq., ID: 319817

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit** [ ] Yes [X] No

**MDJ Appeal** [ ] Yes [X] No

**Money Damages Requested** [X]

**Commencement of Action**:

Complaint

**Amount in Controversy**:

More than $50,000

## Case Type and Code

Tort:

Premises Liability

**Other:**

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**THE PHILLY LAWYERS**
R. EMMETT MADDEN, ESQUIRE
ANDREW ALSTON, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE: 215-884-9300
FAX: 215-701-4214

**ATTORNEYS FOR PLAINTIFF**

**JURY TRIAL DEMANDED**

**IN THE COURT OF COMMON PLEAS MONTGOMERY COUNTY**

STEPHEN PIMM :
121 W. Lehman Ave :
Hatboro, PA 19040 :
and :
ALLISON PIMM :
121 W. Lehman Ave :
Hatboro, PA 19040 :
Plaintiffs :
v. :
SAM'S CLUB :
3925 Welsh Road :
Willow Grove, PA 19090 :
:
and :
WALMART, INC. :
702 SW 8th Street :
Bentonville, AR 72712 :
Defendants :

---

## COMPLAINT

Plaintiffs, Stephen Pimm and Allison Pimm, by and through their attorneys, R. Emmett Madden, Esquire, and Andrew Alston, Esquire states that they have a cause of action against Defendants, Sam's Club and Walmart Inc., in support thereof avers the following:

## PARTIES

1. Plaintiff, Stephen Pimm is an adult individual residing at the above stated address.
2. Plaintiff, Allison Pimm, is an adult individual residing at the above stated address.
3. Defendant, Sam's Club upon information and belief, is a Pennsylvania corporation operating at the above-listed property address.

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

4. Defendant, Walmart, Inc., upon information and belief, is a Pennsylvania corporation that owns/controls Defendant Sam's Club thereby sharing in liability.

5. Defendant Walmart, Inc. is authorized to do business in the Commonwealth of Pennsylvania, with corporate headquarters at 702 SW 8th Street, Bentonville, AR 72712.

## II. JURISDICTION AND VENUE

6. Jurisdiction and venue are proper in the Court of Common Pleas of Montgomery County, Commonwealth of Pennsylvania in that the unsafe condition in the store, the fall, and the injury all occurred in Montgomery County and the defendants can be served in Montgomery County, Commonwealth of Pennsylvania.

## III. CHRONOLOGY OF FACTS

7. On or about January 25, 2024 ("date of accident"), Plaintiff, Stephen Pimm was a business invitee in Defendants', Sam's Club's, store in Willow Grove, PA, when he was walking then slipped and fell on the wet concrete floor causing him to fall and sustain serious injuries.

8. Maintaining a safe shopping environment inside the Sam's Club store is the duty and responsibility of Defendants by and through their employees, workers, agents, and/or servants.

## COUNT I
## STEPHEN PIMM VS. SAM'S CLUB

Plaintiff, incorporates by reference all those facts and allegations in paragraphs 1 through 8 above and further alleges:

9. At all material times, Defendant, Sam's Club owned, possessed, maintained or otherwise controlled the real property described above, wherein the aforesaid dangerous condition was located.

10. Plaintiff's injuries were directly and proximately caused by the carelessness and negligence of Defendant's employees, servants and agents to have an unsafe condition and danger to business invitees/customers such as the Plaintiff. More specifically, the Defendant:

    a. failing to maintain said premises in a safe condition for persons lawfully upon said premises and surrounding areas;

    b. failing to inspect their property to ensure it was free of hazards;

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

c. failing to warn of dangerous condition;

d. exposing the Plaintiff to an unreasonable risk of bodily injury;

e. failing to use due care to provide appropriate signage warning concerning the slipping/fall hazards of the wet aisle;

f. negligence per se, in failing to abide by the laws and codes of the County of Montogomery.

11. Unsafe conditions existed as a result of the Defendant's failure to use proper, adequate, due, or reasonable care under the circumstances presented, discussed herein, incorporated by reference.

12. As a result of the negligence of Defendant, Sam's Club and their agent's, servants, and employees, Plaintiff has suffered, and will continue to suffer, the following injuries causing a serious impairment of bodily function. Plaintiff's injuries include but are not limited to closed nondisplaced fracture of left patella, strain of muscles, fascia and tendons at thigh level, internal derangement of left knee, contusion of left knee, pain in left hip, daily pain, decreased range of motion, anxiety, and sleeplessness.

13. As a result of the aforesaid negligence of the Defendant, Plaintiff has undergone in the past and will continue to undergo in the future great pain and suffering and will continue to suffer the same for an indefinite time in the future.

14. As a result of the aforesaid, Plaintiff has suffered a permanent diminution in the ability to enjoy life and life's pleasures.

15. As a further result of the aforesaid, Plaintiff has incurred, and will continue to incur for the indefinite future, various medical expenses for Hospital and/or Medical treatment, including but not limited to possible future surgery, physical therapy, injections, orthotics, pain medication in an effort to treat and care for his said injuries and continuing pain.

16. Plaintiff has suffered and will continue to suffer wage loss as well as other economic and non-economic damages.

**WHEREFORE,** Plaintiffs, hereby requests this Honorable Court to enter judgment in their favor and against Defendant, Sam's Club in a sum in excess of $50,000 for pain, suffering, bodily injury, wage loss, plus interest, and cost of suit.

**COUNT II**
**STEPHEN PIMM VS. WALMART, INC.**

Plaintiff, incorporates by reference all those facts and allegations in paragraphs 1 through 16 above and further alleges:

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

17. At all material times, Defendant, Walmart Inc., owned, possessed, maintained or otherwise controlled the real property described above, wherein the aforesaid dangerous condition was located.

18. Plaintiff's injuries were directly and proximately caused by the carelessness and negligence of Defendant through their employees, servants and agents which consisted of the following:

    a. failing to maintain said premises in a safe condition for persons lawfully upon said premises and surrounding areas;

    b. failing to inspect their property to ensure it was free of hazards;

    c. failing to warn of dangerous condition;

    d. exposing the Plaintiff to an unreasonable risk of bodily injury;

    e. failing to use due care to provide appropriate signage warning concerning the slipping/fall hazards of the wet aisle;

    f. negligence per se, in failing to abide by the laws and codes of the County of Montogomery.

19. Unsafe conditions existed as a result of the Defendant's employees, servants, and agents' failure to use proper, adequate, due, or reasonable care under the circumstances presented, discussed herein, incorporated by reference.

20. As a result of the negligence of Defendant, Walmart Inc., jointly and severally, their agent's, servants and employees, Plaintiff has suffered, and will continue to suffer, the following injuries causing a serious impairment of bodily function. Plaintiff's injuries include but are not limited to closed nondisplaced fracture of left patella, strain of muscles, fascia and tendons at thigh level, internal derangement of left knee, contusion of left knee, pain in left hip, daily pain, decreased range of motion, anxiety, and sleeplessness.

21. As a result of the aforesaid negligence of the Defendant, Plaintiff has undergone in the past and will continue to undergo in the future great pain and suffering and will continue to suffer the same for an indefinite time in the future.

22. As a result of the aforesaid, Plaintiff has suffered a permanent diminution in the ability to enjoy life and life's pleasures.

23. As a further result of the aforesaid, Plaintiff has incurred, and will continue to incur for the indefinite future, various medical expenses for Hospital and/or Medical treatment, including but not limited to possible future surgery, physical therapy, injections, orthotics, pain medication. in an effort to treat and care for her said injuries and continuing pain.

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

24. Plaintiff has suffered and will continue to suffer wage loss as well as other economic and non-economic damages.

**WHEREFORE,** Plaintiff, hereby requests this Honorable Court to enter judgment in their favor and against Defendant, Walmart Inc., in a sum in excess of $50,000 for pain, suffering, bodily injury, wage loss, plus interest, and cost of suit.

**COUNT III**
**LOSS OF CONSORTIUM CLAIM**
**ALLISON PIMM V. SAM'S CLUB AND WALMART, INC.**

The allegations set forth in paragraphs 1 through 24 are incorporated herein as set forth again in full.

25. At the time of the accident complained of in the Plaintiffs' Complaint, Stephen and Allison Pimm as Plaintiffs were married, and Plaintiffs continue to be married.

26. That as a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, all to the detriment of their marital relationship.

27. That all the injuries and damages were caused solely and proximately by the negligence of the Defendants.

**WHEREFORE,** Plaintiffs, hereby requests this Honorable Court to enter judgment in their favor and against Defendants, in a sum in excess of $50,000 for consortium losses, pain, suffering, bodily injury, wage loss, plus interest, and cost of suit.

Respectfully submitted,

Date: 12/6/2024

R. EMMETT MADDEN, ESQUIRE
ANDREW ALSTON, ESQUIRE
Attorneys for Plaintiffs

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**VERIFICATION**

I, Allison Pimm, states that she is the Plaintiff herein, that she is acquainted with the facts set forth in the foregoing pleading, that the same are true and correct to the best of her information, knowledge and belief and that this statement is made subject to the penalties of 18 Pa. C.S.A Section 4904, relating to unsworn falsifications to authorities.

Date: 11/20/24

Allison Pimm

Case# 2024-27968-0 Docketed at Montgomery County Prothonotary on 12/06/2024 12:37 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## VERIFICATION

I, Stephen Pimm, states that he is the Plaintiff herein, that he is acquainted with the facts set forth in the foregoing pleading, that the same are true and correct to the best of his information, knowledge and belief and that this statement is made subject to the penalties of 18 Pa. C.S.A Section 4904, relating to unsworn falsifications to authorities.

Date: 11/20/2024

Stephen Pimm